OPINION — AG — HOUSE BILL NO. 823 HAS TO DO WITH THE USE OF POSTAGE METER MACHINES, PURCHASE A POSTAGE METER MACHINE OPINION: IF THE STATE BOARD OF REGISTRATION FOR PROFESSIONAL ENGINEERS " HAS AN EXPENDITURE FOR POSTAGE OF FIVE HUNDRED DOLLARS FOR ANY ONE YEAR " AS PROVIDED IN SECTION 1 OF HOUSE BILL NO. 823, SAID BOARD MUST COMPLY WITH THE PROVISIONS OF SAID BILL. CITE: 59 O.S. 1961 427 [59-427] ARTICLE V, SECTION 55 (FRED HANSEN)